Filed: 1/30/2023 4:11 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

63884

CAUSE NO. _____

| | | |
|---|---|---|
| E. DALE EARLY AND JOAN EARLY, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs*, | § | 88TH |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| UNION SECURITY INSURANCE COMPANY, | § | |
| | § | |
| | § | HARDIN COUNTY, TEXAS |
| *Defendant*. | | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

Plaintiffs E. Dale Early and Joan Early ("Plaintiffs") files this original petition complaining of Defendant Union Security Insurance Company ("Defendant" or "Union"):

### I.
### DISCOVERY CONTROL PLAN

1. Plaintiffs intends to conduct discovery pursuant to Level 2 of Rule 190 of the Texas Rules of Civil Procedure and requests that the court enter a Level 2 scheduling order.

### II.
### CLAIM FOR RELIEF

2. Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs declare that they seek monetary relief over $1,000,000.

### III.
### PARTIES

2. Plaintiff, E. Dale Early, is an individual residing in Hardin County, Texas.

3. Plaintiff, Joan Early, is an individual residing in Hardin County, Texas.

4. Defendant, Union Security Insurance Company, a foreign insurance carrier authorized to conduct insurance business in Texas whose registered agent for service of process is C T Corporation located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. Issuance of



Filed: 1/30/2023 4:11 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

citation is requested.

## IV.
## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter because the damages are in excess of the jurisdictional minimum of this Court and the Defendant is registered to do business in Texas.

6. Venue is proper in Hardin County, Texas pursuant to Texas Civil Practice and Remedies Code §15.002 because all or a portion of the events that give rise to this claim occurred in Hardin County, Texas and Plaintiffs reside in Hardin County, Texas.

## V.
## FACTUAL BACKGROUND

7. Defendant, acting through its employees and agents misrepresented certain characteristics and qualities of life insurance policies it sold to the Plaintiffs. Specifically, the Defendant represented that the policy would eventually pay for itself and no additional premiums would need to be paid after a certain period of time. The representations were misleading and deceptive acts and practices that adversely affected the Plaintiffs and represent violations of the Texas Deceptive Trade Practices Act.

## VI.
## CAUSES OF ACTION

8. The preceding paragraphs are hereby incorporated by reference into each paragraph below.

**Violation of the Texas Deceptive Trade Practices Act**

9. Plaintiffs are consumers under the DTPA because Plaintiffs are individuals who acquired services by purchase.

10. Defendant is a corporation that can be sued under the DTPA.

11. Defendant violated the DTPA when defendant used or employed an act or



practice in violation of Texas Insurance Code chapter 541. Specifically, Defendant misrepresented the terms of the policy and the benefits and advantages promised by the policy.

## VII.
## ATTORNEYS' FEES

22. Plaintiffs have retained the undersigned law firm to represent them in this action and have agreed to pay the firm reasonable and necessary attorney fees. Accordingly, Plaintiffs seek an award of their reasonable and necessary attorney fees pursuant to section 542.060 of the Texas Insurance Code and section 38.001, et seq. of the Texas Civil Practices & Remedies Code.

## VIII.
## CONDITIONS PRECEDENT

23. All conditions precedent to Plaintiff's recovery have occurred.

## IX.
## PRAYER

WHEREFORE, Plaintiffs, E. Dale Early and Joan Early pray that Defendant, Union Security Insurance Company be cited to appear and answer, and that upon final trial Plaintiffs are awarded all relief as set out herein, reasonable and necessary attorney fees, costs of court, and post-judgment interest as provided by law, and for such other and further relief as Plaintiffs may show themselves justly entitled.



Filed: 1/30/2023 4:11 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Tracie Morgan

Respectfully submitted,

**JOHNSON DELUCA KURISKY & GOULD**
A PROFESSIONAL CORPORATION

*/s/ Jeremy M. Jones*
Donald W. Gould II
Texas State Bar No.: 08234250
Email: dgould@jdkglaw.com
Charles Patrick Waites
Texas State Bar No. 00791867
Email: pwaites@jdkglaw.com
Jeremy M. Jones
Texas State Bar No.: 24078753
Email: jjones@jdkglaw.com
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 - Telephone
(713) 652-5130 - Telecopy

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFIED**

I, DANA HOGG, District Clerk in and for HARDIN COUNTY, TEXAS, do hereby certify that the foregoing is a true and correct copy as same appears on record in my office.

Witness my Hand and Seal of Office, this the 3rd day of March, 2023.

**DANA HOGG, DISTRICT CLERK
HARDIN COUNTY, TEXAS**

By Deputy: _____



4