**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| E. DALE EARLY AND JOAN EARLY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 1:23-cv-00098-MJT |
| UNION SECURITY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS E. DALE EARLY AND JOAN EARLY'S  NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiffs E. Dale Early and Joan Early ("Plaintiffs"), and file this Notice of Settlement to advise the Court that Plaintiffs have settled their claims against Defendant Union Security Insurance Company.

A Motion to Dismiss with Prejudice will be filed with the Court.

Respectfully Submitted,

**JOHNSON DELUCA KURISKY & GOULD**
**A PROFESSIONAL CORPORATION**

By: _/s/ Thomas R. Sulton_____
    Donald W. Gould, II
    Texas State Bar No. 08234250
    dgould@jdkglaw.com
    Thomas R. Sulton
    Texas State Bar No. 19501050
    tsulton@jdkglaw.com
    Charles Patrick Waites
    Texas State Bar No. 00791867
    pwaites@jdkglaw.com
    4 Houston Center
    1221 Lamar, Suite 1000
    Houston, Texas 77010
    (713) 652-2525 - Telephone
    (713) 652-5130 - Telecopier

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading has been delivered to all counsel of record on this, the 29th day of January, 2025, as follows:

***<u>Via Electronic Service:</u>***
Mukul Kelkar
Dentons US LLP
1300 Post Oak Blvd., Suite 650
Houston, Texas 77056

*Attorney for Defendant*

  */s/ Thomas R. Sulton*
Thomas R. Sulton
