**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| E. DALE EARLY AND JOAN EARLY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:23-cv-00098-MJT |
| UNION SECURITY INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs E. Dale Early and Joan Early ("Plaintiffs"), and in accordance with Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, and hereby enter this Stipulation of Voluntary Dismissal of this action with Prejudice as to all parties and all claims. All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully Submitted,

**JOHNSON DELUCA KURISKY & GOULD**
**A PROFESSIONAL CORPORATION**

By: */s/ Thomas R. Sulton*
　　Donald W. Gould, II
　　Texas State Bar No. 08234250
　　dgould@jdkglaw.com
　　Thomas R. Sulton
　　Texas State Bar No. 19501050
　　tsulton@jdkglaw.com
　　Charles Patrick Waites
　　Texas State Bar No. 00791867
　　pwaites@jdkglaw.com
　　4 Houston Center
　　1221 Lamar, Suite 1000
　　Houston, Texas 77010
　　(713) 652-2525 - Telephone
　　(713) 652-5130 - Telecopier

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading has been delivered to all counsel of record on this, Monday, April 14, 2025, as follows:

***Via Electronic Service:***
Mukul Kelkar
Dentons US LLP
1300 Post Oak Blvd., Suite 650
Houston, Texas 77056

*Attorney for Defendant*

                                                                      */s/ Thomas R. Sulton*
                                                                 Thomas R. Sulton