IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| E. DALE EARLY AND JOAN EARLY, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00098 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| UNION SECURITY INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ACKNOWLEDGEMENT OF STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Court has received the Plaintiffs' Stipulation of Voluntary Dismissal with Prejudice [Dkt. 38] filed in the above-styled matter. Plaintiffs file the present stipulation pursuant to Rule 41(a)(1)(A)(ii) voluntarily dismissing this action against Defendant, in its entirety, with prejudice.

Accordingly, the Court acknowledges that Plaintiffs' claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs,

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this file.

**SIGNED this 15th day of April, 2025.**

Michael J. Truncale
United States District Judge